## CERTIFICATION OF SERVICE

I, Carol Newman, of full age, hereby certify that the original of the within Answer to Complaint for Declaratory Judgment, Crossclaim, Counterclaim, Separate Defenses and Certifications have been electronically filed with the Clerk, United States District Court for the District of New Jersey.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*Carol Newman*

Carol Newman

Legal Secretary to Paul D. Kelly, Esquire

Dated: November 21, 2017